1  BILL LOCKYER
   Attorney General of the State of California
2  ROBERT R. ANDERSON
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  JENNIFER A. NEILL
   Supervising Deputy Attorney General
5  CONSTANCE L. PICCIANO, State Bar No. 66172
   Deputy Attorney General
6    1300 I Street, Suite 125
     P.O. Box 944255
7    Sacramento, CA 94244-2550
     Telephone:  (916) 322-6453
8    Fax:  (916) 324-5205

9  Attorneys for Defendants
   Briggs, Moreno, Perez and Felske
10 48149280-SA2003101742

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANTOLIN ANDREWS,** | CIV-S-01-0883 FCD PAN P |
| Plaintiff, | **[PROPOSED] ORDER GRANTING REQUEST FOR EXTENSION OF TIME TO FILE OPPOSITION TO MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| **MELLIE BRIGGS, et al.,** | |
| Defendants. | |

Defendants' request for an extension of time to file an opposition to plaintiff's motion for summary judgement has been considered by this Court, and good cause appearing:

IT IS HEREBY ORDERED that defendants shall file and serve their opposition to plaintiff's motion for summary judgment, on or before May 3, 2005.

Dated:  May 10, 2005.

            /s/ Peter A. Nowinski
            PETER A. NOWINSKI
            Magistrate Judge

[Proposed] Order Granting Request for Extension of Time to File Opposition to Motion for Summary Judgment

1